People v Gamble
2026 NY Slip Op 03612
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
CHARLES GAMBLE, DEFENDANT-APPELLANT.

Decided on June 5, 2026
MOTION NOS. (480-481/24) KA 22-01690 AND KA 23-00433.
Present: Lindley, J.P., Montour, Ogden, Delconte, And Hannah, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.